# Exhibit A



**Platinum Delta SkyMiles® Credit Card**

MARCY ZEVON
Closing Date 06/25/19

**▲ DELTA**   p. 1/14

Account Ending ▮▮▮▮

| New Balance | $▮▮▮▮ |
|---|---|
| **Minimum Payment Due** | **$37.00** |
| **Payment Due Date** | **07/20/19** ‡ |

‡ **Late Payment Warning:** If we do not receive your Minimum Payment Due by the Payment Due Date of 07/20/19, you may have to pay a late fee of up to $38.00 and your APRs may be increased to the Penalty APR of 29.99%.

**Delta SkyMiles®**
Miles Earned this Period ▮▮▮

For more details about Rewards, please visit americanexpress.com/rewardsinfo

**Account Summary**

| Previous Balance | $▮▮▮ |
|---|---|
| Payments/Credits | -$▮▮▮ |
| New Charges | +$▮▮▮ |
| Fees | +$0.00 |
| Interest Charged | +$▮▮▮ |

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges and each month you pay... | You will pay off the balance shown on this statement in about... | And you will pay an estimated total of... |
|---|---|---|
| Only the Minimum Payment Due | 10 years | ▮ |
| ▮ | 3 years | (Savings = ▮) |

If you would like information about credit counseling services, call 1-888-733-4139.

→ See page 2 for important information about your account.

ⓘ **New York Residents:** New York Residents may contact the New York State Department of Financial Services by telephone or visit its website for free information on comparative credit card rates, fees, and grace periods. New York Department of Financial Services: 1-800-342-3736 or www.dfs.ny.gov.

→ **See page 9 for an Important Notice About Changes to Your Cardmember Agreement.**

| New Balance | $▮▮▮ |
|---|---|
| **Minimum Payment Due** | **$37.00** |
| Credit Limit | $▮▮▮ |
| Available Credit | $▮▮▮ |
| Cash Advance Limit | $▮▮▮ |
| Available Cash | $▮▮▮ |

Days in Billing Period: 30

**Customer Care**

**Pay by Computer**
americanexpress.com/pbc

**Customer Care**  **Pay by Phone**
1-800-257-0770   1-800-472-9297

→ See Page 2 for additional information.

Continued on page 3

↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips


**Pay by Computer**
americanexpress.com/pbc


**Pay by Phone**
1-800-472-9297

**Account Ending** ▮▮▮▮
Enter 15 digit account # on all payments.
Make check payable to American Express.

MARCY ZEVON
838 WEST END AVE
3C
NEW YORK NY 10025-5365

Payment Due Date
**07/20/19**

New Balance
▮▮▮

Minimum Payment Due
**$37.00**

Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
P.O. BOX 1270
NEWARK NJ 07101-1270

$ _____ . ____
**Amount Enclosed**

MARCY ZEVON          Account Ending          p. 2/14

**Payments:** Your payment must be sent to the payment address shown on your statement and must be received by 5 p.m. local time at that address to be credited as of the day it is received. Payments we receive after 5 p.m. will not be credited to your Account until the next day. Payments must also: (1) include the remittance coupon from your statement; (2) be made with a single check drawn on a US bank and payable in US dollars, or with a negotiable instrument payable in US dollars and clearable through the US banking system; and (3) include your Account number. If your payment does not meet all of the above requirements, crediting may be delayed and you may incur late payment fees and additional interest charges. Electronic payments must be made through an electronic payment method payable in US dollars and clearable through the US banking system. If we accept payment in a foreign currency, we will convert it into US dollars at a conversion rate that is acceptable to us, unless a particular rate is required by law. Please do not send post-dated checks as they will be deposited upon receipt. Any restrictive language on a payment we accept will have no effect on us without our express prior written approval. We will re-present to your financial institution any payment that is returned unpaid.

**Permission for Electronic Withdrawal:** (1) When you send a check for payment, you give us permission to electronically withdraw your payment from your deposit or other asset account. We will process checks electronically by transmitting the amount of the check, routing number, account number and check serial number to your financial institution, unless the check is not processable electronically or a less costly process is available. When we process your check electronically, your payment may be withdrawn from your deposit or other asset account as soon as the same day we receive your check, and you will not receive that cancelled check with your deposit or other asset account statement. If we cannot collect the funds electronically we may issue a draft against your deposit or other asset account for the amount of the check. (2) By using Pay By Computer, Pay By Phone or any other electronic payment service of ours, you give us permission to electronically withdraw funds from the deposit or other asset account you specify in the amount you request. Payments using such services of ours received after 8:00 p.m. MST may not be credited until the next day.

**How We Calculate Your Balance:** We use the Average Daily Balance (ADB) method (including new transactions) to calculate the balance on which we charge interest on your Account. Call the Customer Care number listed below for more information about this balance computation method and how resulting interest charges are determined. *The method we use to figure the ADB and interest results in daily compounding of interest.*

**Paying Interest:** Your due date is at least 25 days after the close of each billing period. We will not charge you interest on your purchases if you pay each month your entire balance (or Adjusted Balance if applicable) by the due date each month. We will charge you interest on cash advances and (unless otherwise disclosed) balance transfers beginning on the transaction date.

**Foreign Currency Charges:** If you make a Charge in a foreign currency, we will convert it into US dollars on the date we or our agents process it. We will choose a conversion rate that is acceptable to us for that date, unless a particular rate is required by law. The conversion rate we use is no more than the highest official rate published by a government agency or the highest interbank rate we identify from customary banking sources on the conversion date or the prior business day. This rate may differ from rates in effect on the date of your charge. Charges converted by establishments (such as airlines) will be billed at the rates such establishments use.

**Credit Balance:** A credit balance (designated CR) shown on this statement represents money owed to you. If within the six-month period following the date of the first statement indicating the credit balance you do not request a refund or charge enough to use up the credit balance, we will send you a check for the credit balance within 30 days if the amount is $1.00 or more. To request a refund, contact us at the address or phone number as noted below for Customer Care & Billing Inquiries.

**Credit Reporting:** We may report information about your Account to credit bureaus. Late payments, missed payments, or other defaults on your Account may be reflected in your credit report.



| **Customer Care & Billing Inquiries** | 1-800-257-0770 | **Hearing Impaired** |
| **International Collect** | 1-336-393-1111 | **TTY:** 1-800-221-9950 |
| **Large Print & Braille Statements** | 1-800-257-0770 | **FAX:** 1-623-707-4442 |
| **Cash Advance at ATMs Inquiries** | 1-800-CASH-NOW | **In NY:** 1-800-522-1897 |

**Website:** americanexpress.com

**Customer Care & Billing Inquiries**
P.O. BOX 981535
EL PASO, TX
79998-1535

**Payments**
P.O. BOX 1270
NEWARK NJ 07101-1270

**Change of Address**
If correct on front, do not use.
- To change your address online, visit www.americanexpress.com/updatecontactinfo
- For Name, Company Name, and Foreign Address or Phone changes, please call Customer Care.
- Please print clearly in blue or black ink only in the boxes provided.

Street Address

City, State

Zip Code

Area Code and Home Phone

Area Code and Work Phone

Email

**Pay Your Bill with AutoPay**
- Avoid late fees
- Save time

Deduct your payment from your bank account automatically each month

Visit **americanexpress.com/autopay** today to enroll.

For information on how we protect your privacy and to set your communication and privacy choices, please visit www.americanexpress.com/privacy.